IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES WILLY ALPINE,<br>Harris County SPN # 00395168,<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION H-05-2782 |
| | § | |
| SHERIFF TOMMY THOMAS,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED.

SIGNED at Houston, Texas, on this 23rd day of August, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge